# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Quincy Medical Center, Inc.      **Case Number:** 11-16394    (MSH)    **Ch:** 11

#2 Motion of Debtor for Joint Administration

**COURT ACTION:**

    Show Cause Order       _____ Released       _____ Enforced
  ✔   Granted       _____ Approved       _____ Moot
_____ Denied       _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained       _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO ORDERED:

_/s/ Melvin S. Hoffman_
_____ Dated: 07/01/2011

Melvin S. Hoffman
United States Bankruptcy Judge