# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

In Re:   Quincy Medical Center, Inc.

Case Number: 11-16394 ( MSH )

Matter:

Chapter:   11

#9 Debtors' Motion for an Order (A) Approving Procedures Governing Proposed Sale of Substantially All Assets Free and Clear of Liens, Claims and Encumbrances (B) Approving Form and Manner of Notice of Sale and (C) Granting Related Relief

MOVANT/APPLICANT/PARTIES

John Morrier

## COURT ACTION:

**Show Cause Order**    ____Released    ____Enforced
____Granted    ____Approved    ____Moot
____Denied    ____Denied without Prejudice
____Withdrawn in Open Court
____Sustained    ____Overruled
✓ Continued to: July 6, 2011 at 1:00PM
____Proposed Order to be Submitted by:_____
____Stipulation to be Submitted by:_____
____Taken Under Advisement

## DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

SO ORDERED:    /s/ Melvin S. Hoffman    Dated: 07/01/11

Melvin S. Hoffman