# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Quincy Medical Center, Inc.          Case Number: 11-16394     ( MSH)     Ch: 11

#7   Debtors' Assented-To Emergency Motion For Interim And Final Orders Authorizing Use of Cash Collateral

**COURT ACTION:**

| Show Cause Order | ____ Released | ____ Enforced |
| ____ Granted | ____ Approved | ____ Moot |
| ____ Denied | ____ Denied without prejudice | |
| ____ Withdrawn in Open Court | | |
| ____ Sustained | ____ Overruled | |

____ Continued to _____

____ Proposed Order Submitted by _____

____ Stipulation to be Submitted by _____

____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

GRANTED SUBJECT TO THE ADDITIONS AND REVISIONS SET FORTH ON THE RECORD OF TODAY'S HEARING.  A PROPOSED FORM OF ORDER WILL BE SUBMITTED BY 10 A.M. JULY 7, 2011.

CONTINUED FOR FINAL HEARING TO JULY 20, 2011 AT 1:30 P.M.   OBJECTIONS DUE NO LATER THAN JULY 20, 2011 AT 10:00 A.M.

IT IS SO ORDERED:

_/s/ Melvin S. Hoffman_   Dated: 07/06/2011

Melvin S. Hoffman
United States Bankruptcy Judge