**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **QUINCY MEDICAL CENTER, INC., ET AL.,** ) | **Case No. 11-16394-MSH** |
| ) | |
| **Debtors.** ) | **(Jointly Administered)** |

**APPOINTMENT OF AN OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS**

Pursuant to 28 U.S.C. § 586(a)(3), 11 U.S.C. § 1102 and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following holders of unsecured claims to the Official Committee of Unsecured Creditors in the above-referenced jointly administered cases:

1. The Claflin Company
   Attn: Bill Almon
   455 Warwick Industrial Drive
   Warwick, RI  02886
   Tel: (401) 739-4150
   Fax: (401) 921-4040
   E-mail: balmon@claflin.com

2. Biomet, Inc.
   Attn: Sherri Morissette, Esq.
   56 E. Bell Dr.
   Warsaw, IN 46582
   Tel:  (574)-1041
   Fax:  (574) 372-1060
   E-mail:  Sherri.Morissette@biomet.com

3. Roche Diagnostics
   Attn:  Wayne Mathias
   9115 Hague Road
   Indianapolis, IN  46250
   Tel:  (317) 521-2042
   Fax: (317) 521-3245
   E-mail:  wayne.mathias@roche.com

4. Sodexo USA
   Attn: Brad Hamman
   283 Cranes Roost Blvd., Suite 260
   Altamonte Springs, FL  32701
   Fax: (407) 260-2305
   E-mail: Brad.Hamman@sodexo.com

5. Massachusetts Nurses Association
   Attn: Roland Goff, Labor Counsel
   340 Turnpike Street
   Canton, MA  02021
   Tel: (781) 830-5715
   Fax: (781) 821-4445
   E-mail: RGoff@mnarn.org

          Respectfully submitted,

          WILLIAM K. HARRINGTON,

          United States Trustee

By: */s/ Jennifer L. Hertz*
     Jennifer L. Hertz BBO#645081
     United States Department of Justice
     John W. McCormack Post Office and Courthouse
     5 Post Office Square, Suite 1000
     Boston, MA 02109
     PHONE:     (617) 788-0412
     FAX:          (617) 565-6368
     Jennifer.L.Hertz@usdoj.gov

Dated: July 12, 2011

## CERTIFICATE OF SERVICE

      I certify that on July 12, 2011, true and correct copies of the foregoing appointment were served by CM/ECF upon those individuals who have filed CM/ECF notices of appearance in the Court's CM/ECF database and the persons listed above and below.

      Respectfully submitted,

      WILLIAM K. HARRINGTON,

      United States Trustee

By:   */s/ Jennifer L. Hertz*
      Jennifer L. Hertz BBO#645081
      United States Department of Justice
      John W. McCormack Post Office and Courthouse
      5 Post Office Square, Suite 1000
      Boston, MA 02109
      PHONE:   (617) 788-0412
      FAX:   (617) 565-6368
      Jennifer.L.Hertz@usdoj.gov

**Via ECF**

John T. Morrier
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900
Fax : (617) 426-8810
Email: morrier@casneredwards.com
(Debtors' Counsel)