UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUINCY MEDICAL CENTER, INC., | ) | Case No. 11-16394 |
| QMC ED PHYSICIANS, INC., | ) | (Jointly Administered) |
| QUINCY PHYSICIAN CORPORATION, | ) |  |
|  | ) |  |
| Debtors | ) |  |
|  | ) |  |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

Please enter my appearance as counsel of record for the Massachusetts Department of Public Health ("MDPH"), an interested party in this Chapter 11 case.

Please let this notice further serve as a request for service of papers in this case.

Respectfully submitted,

MASSACHUSETTS DEPARTMENT
OF PUBLIC HEALTH

By its attorney,

MARTHA COAKLEY
ATTORNEY GENERAL


/s/ Daniel J. Hammond
Daniel J. Hammond
Assistant Attorney General
Government Bureau
BBO # 559475
One Ashburton Place, Room 2014
Boston, Massachusetts 02108
617-727-2200, ext. 2078
dan.hammond@state.ma.us

Dated: July 14, 2011

## **CERTIFICCATE OF SERVICE**

  I, Daniel J. Hammond, hereby certify that I caused a copy of the attached Notice of Appearance and Request for Service of Papers to be served upon all parties listed on this Court's ECF service list for this case on July 14, 2011.

                <u>/s/ Daniel J. Hammond</u>
                Daniel J. Hammond
                Assistant Attorney General