# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Quincy Medical Center, Inc.     **Case Number:** 11-16394     (MSH)     **Ch:** 11

#9 Debtors' Emergency Motion for an Order (A) Approving Procedures Governing Proposed Sale of Substantially All Assets Free and Clear of Liens, Claims and Encumbrances (Including Related Assumption And Assignment Of Executory Contracts And Unexpired Leases); (B) Approving Form and Manner of Notice of Sale and (C) Granting Related Relief and #49 Limited Opposition of Martha Coakley, Attorney General of the Commonwealth of Massachusetts and #87 Limited Objection of PMC NAB Business Trust.

**COURT ACTION:**

- Show Cause Order
- _____ Released
- _____ Enforced
- _____ Granted
- _____ Approved
- _____ Moot
- _____ Denied
- _____ Denied without prejudice
- _____ Withdrawn in Open Court
- _____ Sustained
- _____ Overruled
- _____ Continued to_____
- _____ Proposed Order Submitted by_____
- _____ Stipulation to be Submitted by_____
- _____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

JOHN MORRIER TO SUBMIT A PROPOSED ORDER BY MONDAY, JULY 18, 2011.

IT IS SO ORDERED:

_____  Dated: 07/15/2011

Melvin S. Hoffman
United States Bankruptcy Judge