UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| QUINCY MEDICAL CENTER, INC., QMC ED PHYSICIANS, INC., QUINCY PHYSICIAN CORPORATION, | ) ) ) ) | Case No. 11-16394-MSH |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) |  |

## DEBTORS' SUBMISSION OF REVISED PROPOSED SALE ORDER

Attached as Exhibit A is the revised proposed sale order required to be filed under Paragraph 12(a)(xi)(3) of this Court's Interim Order authorizing use of cash collateral [Docket No. 60, as extended by Docket Nos. 112 and 174]. Attached as Exhibit B is a blacklined version of such revised proposed order, showing changes from the original proposed order attached as Exhibit B to the Debtors' sale motion filed on July 1, 2011 [Docket No. 8].

Dated: August 1, 2011

                                                QUINCY MEDICAL CENTER, INC.
                                                QMC ED PHYSICIANS, INC.
                                                QUINCY PHYSICIAN CORPORATION
                                                By their attorneys,

                                                */s/ A. Davis Whitesell*
                                                John T. Morrier (BBO #628624)
                                                A. Davis Whitesell (BBO #551462)
                                                Casner & Edwards, LLP
                                                303 Congress Street
                                                Boston, MA  02210
                                                Tel: 617-426-5900
                                                Fax: 617-426-8810
                                                Email: whitesell@casneredwards.com