UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |
|---|---|
| In re: )<br> )<br> ) <br>QUINCY MEDICAL CENTER, INC., )<br>QMC ED PHYSICIANS, INC., )<br>QUINCY PHYSICIAN CORPORATION, )<br> )<br>Debtors. )<br> ) | Chapter 11<br><br>Case No. 11-16394-MSH<br><br>(Jointly Administered) |

## ORDER APPROVING WINNING BIDDER AS TO QED SHARES

Upon consideration of the Debtors' Certification and Request for Approval of Winning Bidder As To QED Shares (the "Certification and Request") filed by Quincy Medical Center, Inc. ("QMC"), QMC ED Physicians, Inc. ("QED") and Quincy Physician Corporation ("QPC" and, with QMC and QED, the "Debtors" or the "Company"); and the objection of BMC NAB Business Trust to the Certification and Request, and after a hearing on this matter, and for the reasons set forth in the record of such hearing, sufficient cause appearing therefor, it is hereby

**ORDERED** that:

1.  The Certification and Request is granted, and the Company's designation of Steward Medical Holdings Subsidiary Five, Inc. and Steward Specialty & Research Corp. (together, "Steward") as the Winning Bidder for the QED Shares is approved.

2.  The Company is authorized to enter into an appropriate amendment to the APA to reflect Steward's successful bid to acquire the QED Shares, and directed to file any such amendment with this Court prior to the Sale Hearing.

3.  This Order shall not constitute approval of the Proposed Sale or of any element thereof (including without limitation the proposed sale of the QED Shares), and all parties' rights

with respect to this Court's consideration of the Sale Motion and approval of the Proposed Sale are reserved.

Dated: August 17, 2011

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge