UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

_____

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Chapter 11 |
| QUINCY MEDICAL CENTER, INC., | ) | |
| QMC ED PHYSICIANS, INC. and | ) | Case No. 11-16394 |
| QUINCY PHYSICIANS CORPORATION, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

_____)

**LIMITED OBJECTION OF BMC NAB BUSINESS TRUST TO
DEBTORS' MOTION FOR SUPPLEMENTAL AUTHORITY
REGARDING SALE OF SUBSTANTIALLY ALL ASSETS**

BMC NAB Business Trust, a Massachusetts business trust (the "Trust") submits this

objection to the Debtors' Motion for Supplemental Authority Regarding Sale of Substantially All

Assets [Docket No. 280] (the "Motion for Supplemental Authority").

1. The Trust owns the Shapiro Ambulatory Care Center (the "Center") located on

the Boston Medical Center campus.  For reasons related to the new markets tax credits rules, the

Trust needed to have 2 non-profit shareholders, one of which had to be unrelated to Boston

Medical Center Corporation ("BMC").  Debtor QMC ED Physicians, Inc. ("QMC-ED"), owns

10 shares.  BMC owns the remaining 90 shares.[1]

2. The Amended and Restated Declaration of Trust Establishing the Trust under the

provisions of Chapter 182 of the General Laws of the Commonwealth of Massachusetts (the

"Declaration of Trust"), dated as of May 14, 2008, provides in Section 4.4:

_____

[1] QMC-ED receives no dividends or other benefits from ownership of the Shares. The relevant shareholders
agreement provides for  (i) QMC-ED's  right to "put the shares" to BMC for a payment of $100,000 beginning in
May, 2015  and (ii) BMC's option to call the shares at fair market value, also beginning in May, 2015. The fair
market value of the Trust's property is substantially reduced by the secured debt structure of the applicable new
markets tax credit transaction.

> <u>Ownership of Shares</u>:  The ownership of Shares shall be evidenced by Share certificates in such form as the Trustees may from time to time determine.  <u>Shares may be owned by entities which are described in Code Section 501(c)(3) and Code Section 509(a)(1) or (2).</u> (emphasis added)

3.    In view of the foregoing tax and trust instrument requirements, the Trust filed a Limited Objection to the Debtor's Motion for an Order:  (A) Approving Procedures Governing Proposed Sale of Substantially All Assets Free and Clear of Liens, Claims, and Encumbrances (Including Related Assumption and Assignment of Executory Contracts and Unexpired Leases); (B) Approving Form and Manner of Notice of Sale; and (C) Granting Related Relief (the "<u>Limited Objection</u>").

4.    In response to the Limited Objection, this Court required that the Debtors and Steward modify auction procedures to require that any purchaser of the QED Shares be a qualified tax-exempt entity under Section 501(c)(3) or Section 509(a)(1) or (2) as required by the Declaration of Trust.

5.    On August 16, 2011, the Company filed its Certification and Request for Approval of Winning Bidder as to QED Shares  (the "<u>Debtor's Request</u>"). The Trust objected to the Debtor's Request. On August 17, 2011, this Court conducted a hearing on, *inter alia*, the Debtor's Request and held that Steward was the Winning Bidder of the QED Shares.

6.    The Court made clear at the August 17th hearing however, that the sale of the QED Shares to Steward or a Steward designee was conditioned upon such designee receiving the requisite tax-exempt determination letter for the Internal Revenue Service ***prior to closing***. To the extent that the Revised Proposed Sale Order and the First Amendment to the APA do not include the foregoing as a condition of closing (in connection with the QED Shares), the Trust

- 3 -

objects to the entry of the Revised Proposed Sale Order, as well as to the Court's approval of the

First Amendment to the APA.  The Trust further reserves all rights in connection therewith.

WHEREFORE, BMC NAB Business Trust respectfully requests that:

1.   The Debtors' Motion for Supplemental Authority Regarding Sale of

    Substantially All Assets be denied;

2.   Such other and further relief as shall be just.

Respectfully submitted,

BMC NAB BUSINESS TRUST

Dated:  September 16, 2011

By its attorneys,

/s/ Lesley M. Varghese
Mark N. Berman (BBO#040360)
Lesley M. Varghese (BBO#668804)
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
(617-345-1000)

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing has been duly served as of the date hereof, upon the

following persons or entities by causing a true copy thereof to be placed in the US Mail, first

class mail, postage prepaid, to:

Healthplans, Inc.                      Promutual
1500 West Park Drive                   101 Arch Street
Suite 330                              4th Floor
Westborough, MA  01581                 Boston, MA  02110

Boston University                      City of Quincy

13614478.1

- 4 -

| | |
|---|---|
| Psychiatric Associate, Inc.<br>715 Albany Street<br>M-8th Floor<br>Boston, MA  02118 | Quincy City Hall<br>1305 Hancock Street<br>Quincy, MA  02169 |
| Claflin<br>455 Warwick Industrial Drive<br>Warwick, RI  02886 | Cardinal Health Boston Division<br>7000 Cardinal Place<br>Dublin, OH  43017 |
| Sodexho Inc. & Affiliates<br>9801 Washingtonian Blvd.<br>Gaithersburg, MD  20878 | Biomet Inc.<br>55 East Bell Drive<br>P. O. Box 587<br>Warsaw, IN  46581-0587 |
| Commonwealth of Massachusetts<br>Division of Unemployment Assistance<br>Bankruptcy Unit, 5th Floor<br>19 Staniford Street<br>Boston, MA  02114-2502 | Per-Se Technologies, Inc.<br>1145 Sanctuary Parkway<br>Suite 200<br>Alpharetta, GA  30004 |
| Direct Energy Service, LLC<br>1001 Liberty Avenue<br>Pittsburgh, PA  15222 | Roche Diagnostics Corporation<br>P. O. Box 50457<br>9115 Hague Road<br>Indianapolis, IN  46250-0457 |
| National Grid<br>40 Sylvan Road<br>Waltham, MA  02451 | Linc Health Inc.<br>325 Hopping Brook Road<br>Holliston, MA  01757 |
| U.S. FoodService, Inc.<br>9399 W. Higgins Road<br>Rosemont, IL  60018 | Sprague Energy Corp.<br>Two International Drive<br>Suite 200<br>Portsmouth, NH  03801-6809 |
| Delta Dental of MA<br>465 Medford Street<br>Boston, MA  02129-1454 | Johnson & Johnson Health Care Sys.<br>One Johnson & Johnson Plaza<br>New Brunswick, NJ  08933 |
| American Red Cross Blood Services<br>2025 E. Street, N.W.<br>Washington, DC  20006 | Favorite Healthcare Staffing<br>7255 W. 98th Terrace<br>Building 5, Suite 150<br>Overland Park, KS  66212 |

/s/ Lesley M. Varghese