UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re: ) <br> ) <br> QUINCY MEDICAL CENTER, INC. ) <br> ) <br> Debtor ) <br> ) | Chapter 11 <br> Case No. 11-16394-MSH |

## ORDER REGARDING THE LIMITED OBJECTION OF RADIUS SPECIALTY HOSPITAL, LLC

Attorneys for the debtor, Radius Specialty Hospital, LLC and Steward Family Hospital, Inc. formerly known as Steward Medical Holdings Subsidiary Five, Inc., having informed that Court that the parties have reached a tentative resolution of the Limited Objection of Radius Specialty Hospital, LLC, it is hereby ORDERED:

1. That the parties are to file further documents as deemed necessary by Monday, September 26, 2011 at 10:00 a.m.

2. That the Court will defer ruling in the Limited Objection of Radius Specialty Hospital, LLC unless advised by the parties that the objection has not been resolved and such a ruling will therefore be necessary.

Dated: September 22, 2011

By the Court,

*[signature]*

Melvin S. Hoffman
U.S. Bankruptcy Judge

1