United States Bankruptcy Court
District of Massachusetts

In re:  
Quincy Medical Center, Inc.  
    Debtor

Case No. 11-16394-msh  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: corc     Page 1 of 1     Date Rcvd: Sep 20, 2011  
                Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2011.  
db         +Quincy Medical Center, Inc.,    114 Whitwell Street,    Quincy, MA 02169-1899

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2011**                            **Signature:** _/s/ Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| QUINCY MEDICAL CENTER, INC., ) | |
| QMC ED PHYSICIANS, INC., ) | Case No. 11-16394-MSH |
| QUINCY PHYSICIAN CORPORATION, ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

### DEBTORS' ASSENTED-TO MOTION TO EXTEND DEADLINE FOR DEBTORS TO FILE OBJECTION TO MOTION OF CARDINAL HEALTH FOR ORDER ALLOWING AND DIRECTING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS AND FOR RELATED RELIEF, AND TO RESCHEDULE RELATED HEARING TO OCTOBER 6, 2011
### [EXPEDITED DETERMINATION REQUESTED]

Quincy Medical Center, Inc., QMC ED Physicians, Inc. and Quincy Physician Corporation (the "Debtors" or the "Company"), with the assent of Cardinal Health 110, Inc. and Cardinal Health 200, LLC (together, "Cardinal"), hereby move on an expedited basis pursuant to MLBR 9013-1(e)(2) and (g) for entry an order, substantially in the form attached hereto as Exhibit A (the "Proposed Order"), that (i) extends to October 4, 2011 the deadline for the Company to file an objection to Cardinal's Motion for Order: (I) Allowing and Directing Payment of Administrative Expense Claims; and (II) Granting Relief from the Automatic Stay, for Cause, to Set Off Mutual Pre-Petition Obligations [Docket No. 279] (the "Motion"), and (ii) reschedules to October 6, 2011 at 2:15 p.m. the hearing to consider the Motion currently scheduled for September 21, 2011 at 10:00 a.m. The Company requires additional time to reconcile the claims that are the subject of the Motion against its books and records and to confer with Cardinal regarding any resulting inconsistency. Cardinal assents to the requested extension of time for the Company to file an objection to the Motion, and to the rescheduled hearing on the Motion. Because of the essentially administrative nature of the

09/19/2011 ALLOWED.
[signature]